Marybeth Harrell
217 Fairview Road
Unit 32
Woodlyn, PA 19094
(267) 698-4150

March 17, 2026

Clerk of Court
United States Bankruptcy Court, District of New Jersey, Camden Vicinage
401 Market Street
Camden, NJ 08101

**RE: Identity Theft – Fraudulent Chapter 13 Bankruptcy (July–August 2019)**

To Whom It May Concern,

I want to state clearly that I did not file for Chapter 13 Bankruptcy in July 2019. I am a victim of identity theft. A Chapter 13 bankruptcy is being reported on my credit report as filed in July 2019 and dismissed in August 2019.

Again, **I did not file this bankruptcy**, never authorized anyone to file on my behalf, and never received any court documents or notices.

I respectfully request that the court issue a Certificate of Non-Filing confirming that no Chapter 13 Bankruptcy was filed under my name in July 2019 and Dismissed August 2019.

This Chapter 13 Bankruptcy on my credit report is not only affecting my credit score but it holding me back from gaining a place to live. Please block and remove this fraudulent bankruptcy pursuant to **FCRA Section 605B** and provide written confirmation.

I have reported this matter to the **Federal Trade Commission, FTC Case Numbers:199121757 and 199123166.**

Enclosed are copies of:
- Driver's license
- Proof of address
- Credit report page showing the bankruptcy
- FTC Identity Theft Report / Case Number

Hearing date: 4/21/2026
Hearing time: 10:00 AM
Hearing Location: 401 Market St. Camden, NJ 08101
Courtroom No.: 4B

**Actions Requested:**

1. **Bankruptcy Court:** Issue a **Certificate of Non-Filing** confirming that no Chapter 13 bankruptcy exists under my name.
2. **Credit Bureaus (Experian, Equifax, TransUnion):** Block and remove the fraudulent bankruptcy pursuant to **FCRA Section 605B** and provide written confirmation.
3. **LexisNexis:** Remove any record of this fraudulent bankruptcy from your consumer database and provide written confirmation.

This bankruptcy is **fraudulent and does not belong to me**. I request its immediate removal and written confirmation of all actions taken.

Sincerely,

*Marybeth Harrell*

cc:

- ✓ **Experian, P.O. Box 4500, Allen, TX 75013**
- ✓ **Equifax, P.O. Box 740256, Atlanta, GA 30374**
- ✓ **TransUnion, P.O. Box 2000, Chester, PA 19016**
- ✓ **LexisNexis Risk Solutions, Consumer Center, P.O. Box 105108, Atlanta, GA 30348**

## BANKRUPTCIES

This section only includes bankruptcies. Chapters 7, 11, and 12 bankruptcies may remain on the credit report for up to 10 years.

This section includes public record items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com/

⚠ Bankruptcies on your credit report may have a negative impact on your credit score.

**US BKPT CT NJ CAMDEN** 401 MARKET ST CAMDEN NJ 08101; (856) 757 5485

| Identification number | Address ID # | Date resolved | Date filed | Responsibility | Status |
|---|---|---|---|---|---|
| 1923784ABA | 0270167815 | Aug 2019 | Jul 2019 | Individual | Chapter 13 bankruptcy dismissed. This item is scheduled to continue on record until Jul 2026. |

FTC Case No.# 199121757

*FTC Case No.# 19921757*

## Credit Report

<

# Chapter 13 Bankruptcy

## Case info

Court name:                    U.S. Bankruptcy Court

Case number:                           1923784

Date filed:                            2019-07-16

Status:                                  Dismissed

Remarks:                                      ----

Marybeth Harrell
217 Fairview Road
Unit 32
Woodlyn, PA 19094
(267) 698-4150

March 17, 2026

Clerk of Court
United States Bankruptcy Court, District of New Jersey, Camden Vicinage
401 Market Street
Camden, NJ 08101

**RE: Identity Theft – Fraudulent Chapter 13 Bankruptcy (July–August 2019)**

To Whom It May Concern,

I want to state clearly that I did not file for Chapter 13 Bankruptcy in July 2019. I am a victim of identity theft. A Chapter 13 bankruptcy is being reported on my credit report as filed in July 2019 and dismissed in August 2019.

Again, **I did not file this bankruptcy**, never authorized anyone to file on my behalf, and never received any court documents or notices.

I respectfully request that the court issue a Certificate of Non-Filing confirming that no Chapter 13 Bankruptcy was filed under my name in July 2019 and Dismissed August 2019.

This Chapter 13 Bankruptcy on my credit report is not only affecting my credit score but it holding me back from gaining a place to live. Please block and remove this fraudulent bankruptcy pursuant to **FCRA Section 605B** and provide written confirmation.

I have reported this matter to the **Federal Trade Commission, FTC Case Numbers:199121757 and 199123166.**

Enclosed are copies of:
- Driver's license
- Proof of address
- Credit report page showing the bankruptcy
- FTC Identity Theft Report / Case Number

**Actions Requested:**

1. **Bankruptcy Court:** Issue a **Certificate of Non-Filing** confirming that no Chapter 13 bankruptcy exists under my name.
2. **Credit Bureaus (Experian, Equifax, TransUnion):** Block and remove the fraudulent bankruptcy pursuant to **FCRA Section 605B** and provide written confirmation.
3. **LexisNexis:** Remove any record of this fraudulent bankruptcy from your consumer database and provide written confirmation.

This bankruptcy is **fraudulent and does not belong to me**. I request its immediate removal and written confirmation of all actions taken.

Sincerely,

*Marybeth Harrell*

cc:

- ✓ Experian, P.O. Box 4500, Allen, TX 75013
- ✓ Equifax, P.O. Box 740256, Atlanta, GA 30374
- ✓ TransUnion, P.O. Box 2000, Chester, PA 19016
- ✓ LexisNexis Risk Solutions, Consumer Center, P.O. Box 105108, Atlanta, GA 30348

Not reported.

## BANKRUPTCIES

This section only includes bankruptcies. Chapters 7, 11, and 12 bankruptcies may remain on the credit report for up to 10 years.

This section includes public record items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com/

⚠ Bankruptcies on your credit report may have a negative impact on your credit score.

### US BKPT CT NJ CAMDEN 401 MARKET ST CAMDEN NJ 08101, (856) 757 5485

| Identification number | Address ID # | Date resolved | Date filed | Responsibility | Status |
|---|---|---|---|---|---|
| 1923784ABA | 0270167815 | Aug 2019 | Jul 2019 | Individual | Chapter 13 bankruptcy dismissed. This item is scheduled to continue on record until Jul 2026. |

FTC CASE NO.# 199121757

*FTC Case No.# 199121757*

## Credit Report

# Chapter 13 Bankruptcy

## Case info

Court name:                    U.S. Bankruptcy Court

Case number:                              1923784

Date filed:                              2019-07-16

Status:                                    Dismissed

Remarks:                                        ----



**FEDERAL TRADE COMMISSION**

# IdentityTheft.gov

US BankRuptcy CourT, DiStriCT of NJ, Camden Vicinage

FTC Case No.# 199121757

## Success!

Your FTC Identity Theft report was submitted to the FTC. We sent you a **confirmation email** with your **reference number.**

We also sent an email with a **temporary password** to set up your account. The password will **expire in 24 hours.**

Close

Follow the steps below to set up your **FREE** IdentityTheft.gov account so you can access your report and recovery plan.

# FTC Identity Theft Report

Your FTC Identity Theft Report helps prove to businesses that your identity was stolen.

## ✔ Your FTC Identity Theft Report

Update Report     Download PDF

Did you discover a new fraudulent account? Go to your report, and click "Add a Theft."

You may choose to file a report with your local police department.

- Go to your local police office with:
  - a copy of your FTC Identity Theft Report
  - a government-issued ID with a photo
  - proof of your address (mortgage statement, rental agreement, or utilities bill)
  - any other proof you have of the theft (bills, IRS notices, etc.)

- Tell the police someone stole your identity and you need to file a report.

- Ask for a copy of the police report. You may need this to complete other steps.

# What To Do Next

Take a deep breath and begin to repair the damage.

Close new accounts opened in your name.

- Now that you have an FTC Identity Theft Report, call the fraud department of each business where an account was opened.
  - Explain that someone stole your identity.
  - Ask the business to close the account.
  - Ask the business to send you a letter confirming that:
    - the fraudulent account isn't yours
    - you aren't liable for it
    - it was removed from your credit report
  - Keep this letter. Use it if the account appears on your credit report later on.

The business may require you to send them a copy of your FTC Identity Theft Report or complete a special dispute form. This sample letter can help.

- Write down who you contacted and when.

Step 2: Place a fraud alert and get your credit reports.

☐ Place a free, one-year fraud alert by contacting one of the three credit bureaus. That company must tell the other two.

Experian.com/help
888-EXPERIAN (888-397-3742)

TransUnion.com/credit-help
888-909-8872

Equifax.com/personal/credit-report-services
800-685-1111

A fraud alert is free. It will make it harder for someone to open new accounts in your name. When you have an alert on your report, a business must verify your identity before it issues new credit in your name. You can renew the fraud alert after one year.

You'll get a letter from each credit bureau. It will confirm that they placed a fraud alert on your file.

☐ Get your free credit reports from Equifax, Experian, and TransUnion. Go to annualcreditreport.com or call 1-877-322-8228.

You can check your reports every week for free at AnnualCreditReport.com.

Review your reports. Make note of any account or transaction you don't recognize. This will help you report the theft to the FTC and the police.

Stop debt collectors from trying to collect debts you don't owe.

☐  Write to the debt collector within 30 days of getting the collection letter. This sample letter can help.

Tell the debt collector someone stole your identity, and you don't owe the debt.

Send copies of your Identity Theft Report and any other documents that detail the theft.

☐  Contact the business where the fraudulent account was opened.

Explain that this is not your debt.

Tell them to stop reporting this debt to the credit bureaus.

Ask for information about the debt, and how it happened. The business must give you details if you ask. This sample letter can help.

For example, if someone opened a credit card in your name, ask for a copy of the application and the applicant's signature.

☐  If you haven't already, ask the credit bureaus to block information about this debt from your credit report.

The advice in Disputing Errors on Credit Reports 🔗 can help you block fraudulent information from your credit reports.

☐  Write down who you contacted and when. Keep copies of any letters you send.

Remove bogus charges from your accounts

☐ Call the fraud department of each business. Explain that someone stole your identity.

Tell them which charges are fraudulent. Ask the business to remove them.

Ask the business to send you a letter confirming that:

Keep this letter. Use it if this account appears on your credit report later on.

The business may require you to send them a copy of your FTC Identity Theft Report or complete a special dispute form. This sample letter can help.

☐ Write down who you contacted and when.

🌐 Correct your credit report.

☐ Write to each of the three credit bureaus. This sample letter can help.

> Include a copy of your FTC Identity Theft Report and proof of your identity, like your name, address, and Social Security number.

> Explain which information on your report came from Identity theft.

> Ask them to block that information.

>> TransUnion.com 🔗
>> Fraud Victim Assistance Department
>> P.O. Box 2000
>> Chester, PA 19016
>> 1-800-680-7289

>> Equifax.com 🔗
>> P.O. Box 105069
>> Atlanta, GA 30348-5069
>> 1-800-525-6285

>> Experian.com 🔗
>> P.O. Box 9554
>> Allen, TX 75013
>> 1-888-397-3742

If someone steals your identity, you have the right to remove fraudulent information from your credit report. This is called blocking. Once the information is blocked, it won't show up on your credit report, and companies can't try to collect the debt from you. If you have an FTC Identity Theft Report, credit bureaus must honor your request to block this information.

If you don't have an FTC Identity Theft Report, you still can dispute incorrect information in your credit file. It can take longer, and there's no guarantee that the credit bureaus will remove the information.

⊕ Bankruptcy filed in your name

☐ Write to the U.S. trustee in the region where the bankruptcy was filed. Find the office at justice.gov/ust/us-trustee-regions-and-offices. ▣ Describe the situation and provide proof of your identity.

The U.S. Trustee Program refers cases of suspected bankruptcy fraud to the U.S. Attorneys for possible prosecution. The U.S. Trustee can't give you legal help, so you may need to hire an attorney.

☐ Consider hiring an attorney. The American Bar Association ▣ or a local legal services provider ▣ can help you find a lawyer.

An attorney can explain to the court that the bankruptcy filing was fraudulent.

☐ Write down who you contacted and when. Keep copies of any letters you send.

# Special Forms of Identity Theft

⊕ Tax Identity Theft

☐ If you get an IRS notice in the mail that says someone used your Social Security number to get a tax refund, follow the instructions provided in the letter.

Did the notice say you were paid by an employer you don't know? Send a letter to the employer too, explaining that someone stole your identity and that you don't work for the employer.

☐ Submit an IRS Identity Theft Affidavit (Form 14039) [PDF] ▣ to the IRS if you haven't already. Follow the instructions on the Form to mail or fax it to the IRS.

For information about how the IRS responds to identity theft, visit IRS Identity Theft Victim Assistance: How It Works ▣.

☐ File your tax return, and pay any taxes you owe.

You might have to mail paper tax returns.

☐ Write down who you contacted and when. Keep copies of any letters you send.

If these steps don't resolve your situation, contact the IRS for specialized assistance at 1-800-908-4490.

☐ Place a fraud alert. Contact one of the three credit bureaus. That company must tell the other two.
TransUnion.com/credit-help ▣
888-909-8872

Experian.com/help ▣
888-EXPERIAN (888-397-3742)

Marybeth Harrell
217 Fairview Road
Unit 32
Woodlyn, PA 19094
(267) 698-4150

March 17, 2026

TransUnion
P.O. Box 2000
Chester, PA 19016

**IDENTITY THEFT AFFIDAVIT & DEMAND FOR IMMEDIATE BLOCKING
AND REMOVAL; UNDER FCRA §605B, §611, AND §623**

*Re: Fraudulent Bankruptcy Filing – Chapter 13 (July 2019)*
*Consumer: Marybeth Harrell*
*SSN (Last 4): 7112*

*Current Address: 217 Fairview Road, Unit 32, Woodlyn, PA 19094*

## *FORMAL AFFIDAVIT OF IDENTITY THEFT*

I, Marybeth Harrell, hereby swear under penalty of perjury that I am a victim of identity theft. I have reviewed my consumer credit reports and discovered a fraudulent Chapter 13 bankruptcy filing listed as follows:

• Court: United States Bankruptcy Court, District of New Jersey (Camden Vicinage)
• Address: 401 Market Street, Camden, NJ 08101
• Filing Date: July 2019
• Disposition: Dismissed August 2019
• Reference / Identifier: 1923784ABA
• Address ID: 0270167815
• Status: Reported as dismissed bankruptcy remaining until July 2026

## *STATEMENT OF FRAUD*

I did not file this bankruptcy. I did not authorize, initiate, sign, or participate in any bankruptcy proceeding in July 2019. I was never served, notified, or made aware of any such filing, hearing, or dismissal. This entry is the direct result of identity theft and the fraudulent use of my personal information.

## *LEGAL DEMAND FOR REMOVAL*

Pursuant to the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681c-2 (Section 605B), you are required to:

1. Block the reporting of this fraudulent bankruptcy within four business days.
2. Permanently delete this item from my credit file.
3. Cease any reinsertion unless fully verified with proper legal documentation.

Additionally, under FCRA §611, you must conduct a reasonable reinvestigation, and under FCRA §623, no furnisher may report information known to be fraudulent.

## *SUPPORTING ACTIONS TAKEN*

• I have filed an Identity Theft Report with the Federal Trade Commission, FTC Case Numbers: 199121757 and 199123166.
• I am prepared to file or have filed a police report regarding this fraudulent activity.
• I will submit additional documentation upon request.

## *NOTICE OF LIABILITY*

Failure to comply with this request constitutes willful noncompliance under FCRA §616 and §617, and may result in civil liability, statutory damages, actual damages, and attorney's fees.

## *DEMAND*

I demand the immediate blocking and permanent removal of this fraudulent bankruptcy entry from my credit file. Please provide written confirmation of this deletion.

Sincerely,

*Marybeth Harrell*

ENCLOSURES:
• Copy of government-issued ID
• Proof of address
• FTC Identity Theft Report
• Police Report – waiting to pick up

Marybeth Harrell
217 Fairview Road
Unit 32
Woodlyn, PA 19094
(267) 698-4150

March 17, 2026

Experian
P.O. Box 4500
Allen, TX 75013

**IDENTITY THEFT AFFIDAVIT & DEMAND FOR IMMEDIATE BLOCKING
AND REMOVAL; UNDER FCRA §605B, §611, AND §623**

*Re: Fraudulent Bankruptcy Filing – Chapter 13 (July 2019)*
*Consumer: Marybeth Harrell*
*SSN (Last 4): 7112*

*Current Address: 217 Fairview Road, Unit 32, Woodlyn, PA 19094*

### *FORMAL AFFIDAVIT OF IDENTITY THEFT*

I, Marybeth Harrell, hereby swear under penalty of perjury that I am a victim of identity theft. I have reviewed my consumer credit reports and discovered a fraudulent Chapter 13 bankruptcy filing listed as follows:

• Court: United States Bankruptcy Court, District of New Jersey (Camden Vicinage)
• Address: 401 Market Street, Camden, NJ 08101
• Filing Date: July 2019
• Disposition: Dismissed August 2019
• Reference / Identifier: 1923784ABA
• Address ID: 0270167815
• Status: Reported as dismissed bankruptcy remaining until July 2026

### *STATEMENT OF FRAUD*

I did not file this bankruptcy. I did not authorize, initiate, sign, or participate in any bankruptcy proceeding in July 2019. I was never served, notified, or made aware of any such filing, hearing, or dismissal. This entry is the direct result of identity theft and the fraudulent use of my personal information.

### *LEGAL DEMAND FOR REMOVAL*

Pursuant to the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681c-2 (Section 605B), you are required to:

1. Block the reporting of this fraudulent bankruptcy within four business days.
2. Permanently delete this item from my credit file.
3. Cease any reinsertion unless fully verified with proper legal documentation.

Additionally, under FCRA §611, you must conduct a reasonable reinvestigation, and under FCRA §623, no furnisher may report information known to be fraudulent.

## *SUPPORTING ACTIONS TAKEN*

• I have filed an Identity Theft Report with the Federal Trade Commission, FTC Case Numbers: 199121757 and 199123166.
• I am prepared to file or have filed a police report regarding this fraudulent activity.
• I will submit additional documentation upon request.

## *NOTICE OF LIABILITY*

Failure to comply with this request constitutes willful noncompliance under FCRA §616 and §617, and may result in civil liability, statutory damages, actual damages, and attorney's fees.

## *DEMAND*

I demand the immediate blocking and permanent removal of this fraudulent bankruptcy entry from my credit file. Please provide written confirmation of this deletion.

Sincerely,

*Marybeth Harrell*

ENCLOSURES:
• Copy of government-issued ID
• Proof of address
• FTC Identity Theft Report
• Police Report – waiting to pick up

Marybeth Harrell
217 Fairview Road
Unit 32
Woodlyn, PA 19094
(267) 698-4150

March 17, 2026

Equifax Information Services LLC
P.O. Box 106069
Atlanta, GA 30348-5069

**IDENTITY THEFT AFFIDAVIT & DEMAND FOR IMMEDIATE BLOCKING
AND REMOVAL; UNDER FCRA §605B, §611, AND §623**

*Re: Fraudulent Bankruptcy Filing – Chapter 13 (July 2019)*
*Consumer: Marybeth Harrell*
*SSN (Last 4): 7112*

*Current Address: 217 Fairview Road, Unit 32, Woodlyn, PA 19094*

### *FORMAL AFFIDAVIT OF IDENTITY THEFT*

I, Marybeth Harrell, hereby swear under penalty of perjury that I am a victim of identity theft. I have reviewed my consumer credit reports and discovered a fraudulent Chapter 13 bankruptcy filing listed as follows:

• Court: United States Bankruptcy Court, District of New Jersey (Camden Vicinage)
• Address: 401 Market Street, Camden, NJ 08101
• Filing Date: July 2019
• Disposition: Dismissed August 2019
• Reference / Identifier: 1923784ABA
• Address ID: 0270167815
• Status: Reported as dismissed bankruptcy remaining until July 2026

### *STATEMENT OF FRAUD*

I did not file this bankruptcy. I did not authorize, initiate, sign, or participate in any bankruptcy proceeding in July 2019. I was never served, notified, or made aware of any such filing, hearing, or dismissal. This entry is the direct result of identity theft and the fraudulent use of my personal information.

### *LEGAL DEMAND FOR REMOVAL*

Pursuant to the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681c-2 (Section 605B), you are required to:

1. Block the reporting of this fraudulent bankruptcy within four business days.
2. Permanently delete this item from my credit file.
3. Cease any reinsertion unless fully verified with proper legal documentation.

Additionally, under FCRA §611, you must conduct a reasonable reinvestigation, and under FCRA §623, no furnisher may report information known to be fraudulent.

### *SUPPORTING ACTIONS TAKEN*

• I have filed an Identity Theft Report with the Federal Trade Commission, FTC Case Numbers: 199121757 and 199123166.
• I am prepared to file or have filed a police report regarding this fraudulent activity.
• I will submit additional documentation upon request.

### *NOTICE OF LIABILITY*

Failure to comply with this request constitutes willful noncompliance under FCRA §616 and §617, and may result in civil liability, statutory damages, actual damages, and attorney's fees.

### *DEMAND*

I demand the immediate blocking and permanent removal of this fraudulent bankruptcy entry from my credit file. Please provide written confirmation of this deletion.

Sincerely,

*Marybeth Harrell*

ENCLOSURES:
• Copy of government-issued ID
• Proof of address
• FTC Identity Theft Report
• Police Report – waiting to pick up

Marybeth Harrell
217 Fairview Road
Unit 32
Woodlyn, PA 19094
(267) 698-4150

March 17, 2026

*LexisNexis RISK Solutions, Consumer Center
P.O. Box 105108
Atlanta, GA 30348*

## IDENTITY THEFT AFFIDAVIT & DEMAND FOR IMMEDIATE BLOCKING AND REMOVAL; UNDER FCRA §605B, §611, AND §623

*Re: Fraudulent Bankruptcy Filing – Chapter 13 (July 2019)*
*Consumer: Marybeth Harrell*
*SSN (Last 4): 7112*
███████████
*Current Address: 217 Fairview Road, Unit 32, Woodlyn, PA 19094*

### FORMAL AFFIDAVIT OF IDENTITY THEFT

I, Marybeth Harrell, hereby swear under penalty of perjury that I am a victim of identity theft. I have reviewed my consumer credit reports and discovered a fraudulent Chapter 13 bankruptcy filing listed as follows:

• Court: United States Bankruptcy Court, District of New Jersey (Camden Vicinage)
• Address: 401 Market Street, Camden, NJ 08101
• Filing Date: July 2019
• Disposition: Dismissed August 2019
• Reference / Identifier: 1923784ABA
• Address ID: 0270167815
• Status: Reported as dismissed bankruptcy remaining until July 2026

### STATEMENT OF FRAUD

I did not file this bankruptcy. I did not authorize, initiate, sign, or participate in any bankruptcy proceeding in July 2019. I was never served, notified, or made aware of any such filing, hearing, or dismissal. This entry is the direct result of identity theft and the fraudulent use of my personal information.

### LEGAL DEMAND FOR REMOVAL

Pursuant to the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681c-2 (Section 605B), you are required to:

1. Block the reporting of this fraudulent bankruptcy within four business days.
2. Permanently delete this item from my credit file.
3. Cease any reinsertion unless fully verified with proper legal documentation.

Additionally, under FCRA §611, you must conduct a reasonable reinvestigation, and under FCRA §623, no furnisher may report information known to be fraudulent.

## *SUPPORTING ACTIONS TAKEN*

• I have filed an Identity Theft Report with the Federal Trade Commission, FTC Case Numbers: 199121757 and 199123166.
• I am prepared to file or have filed a police report regarding this fraudulent activity.
• I will submit additional documentation upon request.

## *NOTICE OF LIABILITY*

Failure to comply with this request constitutes willful noncompliance under FCRA §616 and §617, and may result in civil liability, statutory damages, actual damages, and attorney's fees.

## *DEMAND*

I demand the immediate blocking and permanent removal of this fraudulent bankruptcy entry from my credit file. Please provide written confirmation of this deletion.

Sincerely,

*Marybeth Harrell*

ENCLOSURES:
• Copy of government-issued ID
• Proof of address
• FTC Identity Theft Report
• Police Report – waiting to pick up