**United States Bankruptcy Court**
**District of New Jersey**
**U.S. Post Office and Courthouse**
**401 Market Street**
**Camden, NJ 08101**
www.njb.uscourts.gov

April 21, 2026

**Jeanne A. Naughton**
  **Clerk of Court**

Marybeth Harrell
217 Fairview Road
Unit 32
Woodlyn, PA 19094

In Re:   19-23784/ABA - MOTION TO REOPEN CASE AND DECLARE BANKRUPTCY FILING NULL AND VOID

Ms. Harrell,

Your hearing on your Motion to Reopen Case and Declare Bankruptcy Filing Null and Void was scheduled for today at 10:00 a.m. You did not appear. Unfortunately, the court cannot decide the matter on the papers and needs you to appear and testify so that the record is complete. Please advise which date is best for you on a Tuesday or a Wednesday starting the first week of May.

Please be aware that during the hearing, the court intends to confirm your information and claim so that the matter can be properly addressed. To that end, documented proof of residency at the time of the bankruptcy case filing (7/16/19) would be helpful. Also, the court will need to verify your identification so please bring your actual current driver's license, your 2019 license (if you have it), and your actual social security card or other valid proof of your social security number.  Perhaps a tax return might help? Your personal identification information will be reviewed by the court and will not be made part of the public record, unless necessary to do so.

Finally, if the fraud is confirmed, the court will issue an order indicating the bankruptcy filing null and void and we will take the steps necessary in its system to remove the filing from public view as if it had never been filed. But, there really is no opportunity to "expunge" the filing as that is not a mechanism available to the court.  Also understand that the court does not contact credit agencies or other public or private entities. It would be your duty to do so and you would have the order to present to them.

Sincerely,
Margaret McGettigan
Deputy in Charge – Camden Office

CC: Lauren Bielskie, Esq., *Acting Assistant United States Trustee*